# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**(In re: EAGLEPICHER HOLDINGS, INC.)**

**EAGLEPICHER MANAGEMENT
COMPANY,**

      Appellant,

                                              **Case/Appeal No. 1:11-cv-031**

**-vs-**

                                              **District Judge Timothy S. Black**

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,**

      Appellee.

---

## JUDGMENT IN A CIVIL CASE

---

      **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X ]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

      **IT IS ORDERED AND ADJUDGED:** that the Bankruptcy Court's decision is **AFFIRMED.**  This case is **CLOSED**.

Date:   May 27, 2011                                  **JAMES BONINI, CLERK**

                                                By: s/ M. Rogers
                                                Deputy Clerk